FORM TO BE USED BY PLAINTIFFS IN FILING A COMPLAINT
UNDER THE EQUAL EMPLOYMENT OPPORTUNITY ACT, 42 U.S.C. Chapter 21,
Subchapter VI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville DIVISION

Deonde Marshall,

Plaintiff,

v.

The Harbor at Renissance,

Defendant(s).
(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

Civil Action No.: 3:20CV00029
(To be assigned by Clerk of District Court)

Jury Trial:   Yes   No
(circle one)

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
JUN 09 2020
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

## COMPLAINT

1. State the full name of the Plaintiff, address and telephone number.

   Name: Deonde Marshall
   Address: 124 Park St Orange VA 22960
   Telephone Number: 540 481 3912

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: The Harbor at Renissance
      Address: 422 William Mill Dr
      Standardville VA

b. Defendant No. 2

Name: Amber Rails

Address: 422 William mill Dr

**NOTE: IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).

3. On what day were you discharged from employment or otherwise affected by the alleged unlawful employment practice(s) of the defendant(s) above?

   June 24 2018

4. On what day was your complaint filed with the Equal Employment Opportunities Commission?

   Feb 20 2019 / Finish March 2020

5. What action did the Commission or its representatives take in regard to your complaint?

   Notice right to sue

6. If no action was taken or if your complaint was dismissed by the Commission, did you receive notice from the Commission within 180 days of the date listed in 4. above, of your right to bring a civil action to correct the alleged unlawful employment practice(s)?

   Yes

7. If the answer to 6. is yes, has 90 days passed since your receipt of the notice described in 6.?

   No

8. Has any action been brought in any state court or in any other federal court concerning the alleged unlawful employment practice(s) of the above defendant(s)?

   No

   If your answer to 8. is yes, describe the action in the spaces below.

a. Parties to the action: Sharonda Hawkins sandy Siler SAndy (Kitchen) spencor williams Felisa Mosley

b. Court (if federal court, give district; if state court, name the city or county): _____

c. Docket Number: _____

d. Judge's Name: _____

e. Is the case still pending: _____  If not, what was the ruling? _____

_____

Was the case appealed? _____

**If more than one action has been filed, please provide this information on a separate sheet of paper and label this information as paragraph 8.f., etc. Check here if additional sheets of paper are attached:** ☐

9. Are there any state or local agencies presently making active efforts to obtain a voluntary end to the alleged unlawful employment practice?

   ☐ Yes     ☐ No     ☑ I DON'T KNOW

   If yes, please describe which agencies are involved and whether their efforts are being undertaken on your behalf?

   _____

On the remainder of this form, please answer the questions relating to your problems with the defendant(s) and, if necessary, include additional sheets of paper in order to fully explain the facts beyond your complaint.

A. What was or is your employer? Amer Rails

3

_The Harbor at Renissance_

B. What individuals were involved in your discharge or other unlawful practice about which you are complaining? (Also explain what position each individual held, what that individual did that affected you, and about which you are complaining?)

Amber rails (boss) Admin
Fellisa Mosley (Rma) old employee
Sharonna Hawkins Nurse Admin
Janice Jackson CNA
Sandy old boss
Sandy Siler Hr

C. If you were fired, what reasons were given for your discharge?

They never fired me they put me prn when needed July 2019 never have called

If you disagree with those reasons, what do you think were the real reasons?

I was treated wrong for being pregnant and sick they said since I can't lift or go I can't be accomadated

D. Does your employer have a grievance procedure to use when employees are unhappy about actions taken against them? _not sure_

E. If so, did you file a grievance with your employer?

If you did, what action was taken?

4

F. In the space below (and on additional sheets of paper, if necessary), please state any other facts which you consider important in this complaint.

I was mistreated due to pregnancy I have all my notes And the people that should come to cart its alot of issues And tests from my old boss about being mistreated they still have my job open And will not call me because I have a case with EEOC

G. If you were fired, have you been working since that time? Yes parttime

If yes, for whom have you worked? The English Meadows

What did you do? Cook

If you did not get another job, have you received unemployment compensation? No

5

If yes, for how long? Since Jan not recently changed to 8 hour a month due to virus

H. What relief do you want from this court? For example:

Do you want your job back? _____

Have you suffered any damages? yes stressed this was the best job

If so, how much? _____

OTHER: My benefits they took and emotional damage my mom lost her job as well for not working for me

Attach additional sheets of paper as necessary and label this information as paragraph I., etc. Check here if additional sheets of paper are attached. ☐

Signature of Plaintiff Deonda Marshall

VERIFICATION

State of Virginia
County of Charlottesville

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ____ day of 6/9, 2020

Signature of Plaintiff Deonda Marshall