UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| DEONDA MARSHALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:20cv00029 |
| v. | ) |
| | ) |
| THE HARBOR AT RENAISSANCE, | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate and agree to the dismissal of this action with prejudice and with each party to bear its own respective costs and attorneys' fees.

**PRO SE PLAINTIFF**

By:  s/ Deonda Marshall
Deonda Marshall
124 Park Street
Orange, VA 22960

*Pro Se Plaintiff*

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

By:  s/ Chad E. Wallace
Chad E. Wallace, BPR No. 021741
602 Sevier Street, Suite 300
P.O. Box 3038
Johnson City, Tennessee 37602
Telephone:  (423) 928-0181
Facsimile:  (423) 979-7639
cwallace@bakerdonelson.com

Russell W. Gray, TN BPR No. 016120
*(admitted pro hac vice)*
J. Lane Crowder, TN BPR No. 027826
*(admitted pro hac vice)*
633 Chestnut Street
Suite 1900
Chattanooga, Tennessee 37450
Telephone: (423) 756-2010
Facsimile: (423) 756-3447

4858-6217-7537

rgray@bakerdonelson.com
lcrowder@bakerdonelson.com

*Counsel for Defendant Standardsville Senior Services, LLC d/b/a The Harbor at Renaissance*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of November, 2021, a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

    Deonda Marshall
    124 Park Street
    Orange, VA 22960

    *Pro se Plaintiff*

    **BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.**

    By: s/Russell W. Gray
        Russell W. Gray (TN Bar No. 016120)

4858-6217-7537